# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT OF         :   No. 343 Common Pleas Judicial
ADMINISTRATIVE JUDGE OF THE CIVIL :   Classification Docket
DIVISION  OF THE COURT OF        :
COMMON PLEAS OF THE FIFTH       :
JUDICIAL DISTRICT OF PENNSYLVANIA:

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of October, 2017, pursuant to Pa.R.J.A. 706(d), the Honorable Christine A. Ward is hereby appointed as Administrative Judge of the Civil Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District of Pennsylvania, effective November 1, 2017.  Such appointment shall be at the pleasure of this Court until such time as this Court by subsequent order appoints a new administrative judge.